UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION |
| Plaintiff, | ) ) ) | CASE NUMBER 5:22 CR 115 |
| vs. | ) ) | **JUDGMENT** |
| ANDREW F. DODSON, | ) ) | |
| Defendant. | ) | |

The above-captioned case came before this Court for a trial by jury. At the conclusion of the trial, the Jury returned one unanimous verdict of guilty against the Defendant Andrew F. Dodson on Count 1 of the indictment and one unanimous verdict of not guilty on Count 2 of the indictment.

Defendant Andrew F. Dodson was charged with obstructing justice by retaliating against a witness, victim or an informant in violation of 18 U.S.C. §1513(b)(2)(Count 1) and interstate communications in violation of 18 U.S.C. §875(c) (Count 2).

The trial commenced on July 25, 2022. A Jury of twelve was selected with four alternates and duly empaneled and sworn. Opening statements of counsel were made. The United States called the following witness(es): (1) Special Agent Jennifer Kiesel: (2) Probation Officer David Abraham; (3) Vincent Wesley Mayfield; (4) Sarah McNamara; (5) Sgt. Chris Sterling; and (6) Detective Craig Jones. Court was adjourned until July 26, 2022 at 8:00 a.m.

The trial continued on July 26, 2022. The United States called the following witness(es):

(7) Special Agent Peter Mauro. The United States rested. Defendant's motion pursuant to Fed. R. Crim. P. 29 is denied. Defendant rested. The Court gave preliminary instructions of law to Jury. Alternate jurors were excused. The jury retired in deliberations. Court was adjourned until July 27, 2022 at 8:00 a.m.

The trial continued on July 27, 2022. Juror Number 11 was excused and Alternate Juror Number 1 replaced Juror Number 11 and deliberations began anew. The Jury, in open court, returned one verdict of Guilty on Count 1 of the indictment and one verdict of not guilty on Count 2 of the indictment. The verdicts are as follows:

### VERDICT FORM
### COUNT 1

We the Jury, being duly impaneled and sworn, find the Defendant ANDREW F. DODSON, __GUILTY____ **(insert in ink guilty or not guilty)** of obstructing justice by retaliating against a witness, victim, or an informant, in violation of Title 18, United States Code Section 1513(b)(2) as charged in Count 1 of the Indictment.

### VERDICT FORM
### COUNT 2

We the Jury, being duly impaneled and sworn, find the Defendant ANDREW F. DODSON, ___NOT GULITY___ **(insert in ink guilty or not guilty)** of interstate communications, in violation of Title 18, United States Code Section 875(c) as charged in Count 2 of the Indictment.

The Court read the verdicts in open court, and thereafter, the Court polled the Jury as to its verdicts pursuant to Rule 31(d) of the Federal Rules of Criminal Procedure. Each Juror affirmatively responded to the correctness of the verdicts. The Court accepted the Jury's verdicts and the Jury was discharged. The Defendant was referred to Probation for a Pre-Sentence

Report and sentencing was set for November 28, 2022 at 10:00 a.m. Court was adjourned.

**IT IS SO ORDERED.**

*/s/ Donald C. Nugent*
**DONALD C. NUGENT**
**UNITED STATES DISTRICT JUDGE**

DATE: July 27, 2022